HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JKR, LLC, dba SERVICE LINEN SUPPLY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BOARD OF TRUSTEES OF THE SOUND RETIREMENT TRUST<br><br>and<br><br>SOUND RETIREMENT TRUST,<br><br>　　　　　Defendants. | NO. 2:21-CV-00015-RSM<br><br>ORDER GRANTING JOINT MOTION TO EXTEND DATE ON WHICH COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN MUST BE FILED |

This Court has considered Plaintiff JKR, LLC and Defendants Board of Trustees of the Sound Retirement Trust and Sound Retirement Trust's Joint Motion to Extend Date on Which Combined Joint Status Report and Discovery Plan Must Be Filed, and the records and pleadings on file. Having been fully advised in the matters, the Court **HEREBY ORDERS** that the Parties' Motion is **GRANTED** as follows:

　　A.　　The Court **FINDS** that the Stipulating Parties have shown good cause to extend the deadline to file the Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f).

ORDER GRANTING JOINT MOTION TO EXTEND DATE ON WHICH COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN MUST BE FILED - 1

{04162121.DOCX;1 }

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

B. The Court **ORDERS** that the Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) must be filed be extended to April 21, 2021.

ORDERED this 8th day of March, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

CAIRNCROSS & HEMPELMANN, P.S.

*/s/ Ana-Maria Popp*
Ana-Maria Popp, WSBA No. 39614
E-mail: apopp@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Attorneys for Plaintiff

OFFIT KURMAN

*/s/ Scott Kamins*
Scott Kamins, Admitted Pro Hac Vice
E-mail: kamins@offitkurman.com
8171 Maple Lawn Blvd.,
Suite 200 Maple Lawn, MD 20759
Telephone: (301) 575-0347
Facsimile: (301) 575-0335
Attorneys for Plaintiff

BARLOW, COUGHRAN, MORALES, & JOSEPHSON, P.S.

ORDER GRANTING JOINT MOTION TO EXTEND DATE ON WHICH COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN MUST BE FILED - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04162121.DOCX;1 }

1

2  */s/ Douglas M. Lash*
Douglas M. Lash, WSBA No. 48531

3  E-mail: douglasl@bcmjlaw.com
Barlow Coughran Morales & Josephson, P.S.

4  1325 Fourth Avenue, Suite 910
Seattle WA 98101

5  Telephone: (206) 674-5208
Facsimile: (206) 224-9820

6  Attorneys for Defendant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING JOINT MOTION TO EXTEND DATE
ON WHICH COMBINED JOINT STATUS REPORT AND
DISCOVERY PLAN MUST BE FILED - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04162121.DOCX;1 }

**Certificate of Service**

I, Ana-Maria Popp, certify under penalty of perjury of the laws of the State of Washington that on March 8, 2021, I electronically filed this document entitled (PROPOSED) ORDER GRANTING JOINT MOTION TO EXTEND DATE ON WHICH COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN MUST BE FILED using the CM/ECF system which will send notification of such filing to the following persons:

Douglas M. Lash
douglasl@bcmjlaw.com, jodiw@bcmjlaw.com, reneec@bcmjlaw.com

Scott Kamins
skamins@offitkurman.com
[Service list of names / addresses]

DATED this 4th day of March, 2021, at Seattle, Washington.

 /s/ Ana-Maria Popp
Ana-Maria Popp
CAIRNCROSS & HEMPELMANN, P.S.
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
E-mail: apopp@cairncross.com

ORDER GRANTING JOINT MOTION TO EXTEND DATE ON WHICH COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN MUST BE FILED - 4

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04162121.DOCX;1 }