UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JKR, LLC, dba SERVICE LINEN SUPPLY,<br><br>  Plaintiff,<br><br>  v.<br><br>BOARD OF TRUSTEES OF THE SOUND RETIREMENT TRUST,<br><br>  Defendant. | Case No. C21-15RSM<br><br>CASE SCHEDULING ORDER |

Having reviewed the parties' Joint Status Report and Joint Proposed Scheduling Order on Filing Motion for Summary Judgment, the Court sets the following briefing schedule:

| | |
|---|---|
| Motion(s) for summary judgment due | June 30, 2021 |
| Oppositions to motion(s) for summary judgment due | July 30, 2021 |
| Replies due | August 20, 2021 |
| Noting date for motion(s) for summary judgment | August 20, 2021 |

DATED this 5th day of May, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

CASE SCHEDULING ORDER - 1