HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JKR, LLC, dba SERVICE LINEN SUPPLY,<br><br>    Plaintiff,<br><br>    v.<br><br>BOARD OF TRUSTEES OF THE SOUND RETIREMENT TRUST<br><br>and<br><br>SOUND RETIREMENT TRUST,<br><br>    Defendants. | NO. 2:21-CV-00015-RSM<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND DATE ON WHICH MOTION FOR SUMMARY JUDGMENT MUST BE FILED |

    This Court has considered Plaintiff JKR, LLC's Unopposed Motion to Extend Date on Which Motion for Summary Judgment Must Be Filed, and the records and pleadings on file. Having been fully advised in the matters, the Court **HEREBY ORDERS** that the Motion is **GRANTED** as follows:

    A.    The Court **FINDS** that the Plaintiff has shown good cause to extend the deadline to file the Motion for Summary Judgment.

(PROPOSED) ORDER GRANTING UNOPPOSED MOTION TO EXTEND DATE ON WHICH MOTION FOR SUMMARY JUDGMENT MUST BE FILED - 1

{04312343.DOCX;1 }

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

B. The Court **ORDERS** that the Motion(s) for Summary Judgment must be filed on or before July 7, 2021; Oppositions to Motion(s) for Summary Judgment must be filed on or before August 6, 2021; and any Replies must be filed on or before August 27, 2021.

DATED this 29th day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

CAIRNCROSS & HEMPELMANN, P.S.

*/s/ Ana-Maria Popp*
Ana-Maria Popp, WSBA No. 39614
E-mail: apopp@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Attorneys for Plaintiff

OFFIT KURMAN

*/s/ Scott Kamins*
Scott Kamins, Admitted Pro Hac Vice
E-mail: kamins@offitkurman.com
8171 Maple Lawn Blvd.,
Suite 200 Maple Lawn, MD 20759
Telephone: (301) 575-0347
Facsimile: (301) 575-0335
Attorneys for Plaintiff

(PROPOSED) ORDER GRANTING UNOPPOSED MOTION TO EXTEND DATE ON WHICH MOTION FOR SUMMARY JUDGMENT MUST BE FILED - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04312343.DOCX;1 }

**Certificate of Service**

I, Jana Schiewe, certify under penalty of perjury of the laws of the State of Washington that on June 29, 2021, I electronically filed this document entitled (PROPOSED) ORDER GRANTING UNOPPOSED MOTION TO EXTEND DATE ON WHICH MOTION FOR SUMMARY JUDGMENT MUST BE FILED using the CM/ECF system which will send notification of such filing to the following persons:

Douglas M. Lash
douglasl@bcmjlaw.com, jodiw@bcmjlaw.com, reneec@bcmjlaw.com

DATED this 28th day of June, 2021, at Seattle, Washington.

      /s/ Ana-Maria Popp
Ana-Maria Popp
CAIRNCROSS & HEMPELMANN, P.S.
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
E-mail: apopp@cairncross.com

(PROPOSED) ORDER GRANTING UNOPPOSED MOTION TO EXTEND DATE ON WHICH MOTION FOR SUMMARY JUDGMENT MUST BE FILED - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04312343.DOCX;1 }