HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JKR, LLC, dba SERVICE LINEN SUPPLY,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE SOUND RETIREMENT TRUST<br><br>and<br><br>SOUND RETIREMENT TRUST,<br><br>Defendants. | NO. 2:21-CV-00015-RSM<br><br>JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>**NOTE ON MOTION DOCKET: AUGUST 11, 2021** |

Plaintiff JKR, LLC, dba Service Linen Supply ("JKR"), by and through its counsel, Cairncross & Hempelmann P.S. and Offit Kurman, and Defendant Board of Trustees of the Sound Retirement Trust ("Trust"), by and through its counsel, Barlow Coughran Morales & Josephson, P.S., having reached a full and final settlement on all claims and counter-claims which were or could have been brought in the above-captioned action, hereby stipulate and agree, and request that the Court dismiss this case, with prejudice, with each Party responsible for its own costs and fees in this case.  Accordingly, the parties request the Court enter an order dismissing this action with prejudice, each party to bear its own costs and fees.

JOINT STIPULATION OF DISMISSAL WITH
PREJUDICE - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04385109.DOCX;2 }

DATED this 11th day of August, 2021.

        CAIRNCROSS & HEMPELMANN, P.S.

/s/ Ana-Maria Popp
Ana-Maria Popp, WSBA No. 39614
E-mail: apopp@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Attorneys for Plaintiff

OFFIT KURMAN

/s/ Scott Kamins
Scott Kamins, Admitted Pro Hac Vice
E-mail: kamins@offitkurman.com
8171 Maple Lawn Blvd., Suite 200
Maple Lawn, MD 20759
Telephone: (301) 575-0347
Facsimile: (301) 575-0335
Attorneys for Plaintiff

BARLOW, COUGHRAN, MORALES, & JOSEPHSON, P.S.

/s/ Douglas M. Lash
Douglas M. Lash, WSBA No. 48531
douglasl@bcmjlaw.com
Barlow Coughran Morales & Josephson, P.S.
1325 Fourth Avenue, Suite 910
Seattle WA 98101
Telephone: (206) 674-5208
Facsimile: (206) 224-9820
Attorneys for Defendant

---

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04385109.DOCX;2 }

# ORDER

Based on the foregoing stipulation of the Parties, IT IS ORDERED:

All claims by and between the Parties are hereby dismissed with prejudice and without costs or attorney fees to any party.

DATED this 13th day of August, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

CAIRNCROSS & HEMPELMANN, P.S.


/s/ Ana-Maria Popp
Ana-Maria Popp, WSBA No. 39614
E-mail:apopp@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Attorneys for Plaintiff

OFFIT KURMAN


/s/ Scott Kamins
Scott Kamins, Admitted Pro Hac Vice
E-mail: kamins@offitkurman.com
8171 Maple Lawn Blvd., Suite 200
Maple Lawn, MD  20759

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04385109.DOCX;2 }

1  Telephone: (301) 575-0347
   Facsimile: (301) 575-0335
2  Attorneys for Plaintiff

3

4

5  BARLOW, COUGHRAN, MORALES, & JOSEPHSON, P.S.

6  /s/ Douglas M. Lash
   Douglas M. Lash, WSBA No. 48531
7  douglasl@bcmjlaw.com
8  Barlow Coughran Morales & Josephson, P.S.
   1325 Fourth Avenue, Suite 910
9  Seattle WA 98101
   Telephone: (206) 674-5208
10 Facsimile: (206) 224-9820
11 Attorneys for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - 4

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04385109.DOCX;2 }